BENJAMIN W. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

SEALED

FILED
MAY 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA ANTONIA JUAREZ-AMBRIZ <br> aka Elizabeth Lee Galindo <br> aka Elizabeth Sanchez, <br><br> Defendants. | 1:10 MJ 00122 SMS <br><br> APPLICATION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT |

IT IS SO ORDERED.

DATED: May 27, 2010

_____
SANDRA M. SNYDER
United States Magistrate Judge