1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099



FILED
NOV 0 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ANTONIA JUAREZ-AMBRIZ,<br><br>aka Elizabeth Lee Galindo<br>aka Elizabeth Sanchez<br><br>Defendant. | CASE NO. 1:10-MJ-122-SMS<br><br>ORDER UNSEALING COMPLAINT, AFFIDAVIT AND ARREST WARRANT |

The Criminal Complaint, attached Affidavit, and Arrest Warrant in this case having been sealed on May 27, 2010, and it appearing that materials are not required to remain secret based upon the motion submitted by the United States,

IT IS HEREBY ORDERED that the Criminal Complaint, attached Affidavit, and Arrest Warrant be unsealed and made public record.

Dated: November 6, 2015

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1