1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-328-LJO |
| Plaintiff, | |
| v. | |
| MARIA ANTONIA JUAREZ-AMBRIZ, | UNITED STATES' MOTION AND ORDER TO DISMISS THE COMPLAINT AND INDICTMENT |
| aka Elizabeth Lee Galindo<br>aka Elizabeth Sanchez | |
| Defendant. | |

**BACKGROUND**

Defendant Maria Antonia Juarez-Ambriz was removed from the United States in approximately 2001 following a state conviction in Idaho for welfare fraud. The defendant later re-entered the United States. On May 27, 2010, the defendant was charged by criminal complaint with violating 18 U.S.C. § 1542, False Application for a Passport, for incidents occurring on May 27, 1987 and January 23, 2007. Dkt. 1. The defendant was arrested on or about November 6, 2015. Dkt. 9. The defendant was subsequently indicted on November 19, 2015. Dkt. 7. The indictment charged a one-count violation of 18 U.S.C. § 1542, for the January 2007 incident. Id.

1

The defendant's detention hearing was continued several times, Dkt. 15, 17, 18. On March 25, 2016, United States Magistrate Judge McAuliffe ordered the defendant released on a number of conditions, which the defendant fulfilled. Dkt. 19. Upon her release, she was taken into custody by Immigration and Customs Enforcement and subsequently removed from the United States. When a defendant on pretrial release has been removed from the United States, the court may "craft an appropriate remedy." United States v. Santos-Flores, 794 F.3d 1088, 1091 (9th Cir. 2015). The United States, having considered the interests of justice in this matter, moves the Court to dismiss the complaint and indictment without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: May 2, 2016            By:   /s/ Michael G. Tierney
                                    Michael G. Tierney
                                    Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 2, 2016**              /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE