| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar#122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559-487-5561 |

**FILED**

MAY 09 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Defendant
MARIA ANTONIA JUAREZ-AMBRIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00328 LJO-SKO |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO EXONERATE** |
| | ) | ~~BOND AND~~ **TO RETURN SECURITY;** |
| vs. | ) | **[~~PROPOSED~~] ORDER** |
| | ) | |
| MARIA ANTONIA JUAREZ-AMBRIZ, | ) | |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the government's motion the indictment was dismissed by this Court on May 2, 2016. Defendant Maria Antonia Juarez-Ambriz therefore requests that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Pursuant to the Court's order of March 25, 2016 setting conditions of release, Ms. Juarez-Ambriz's daughter, Maria Guadalupe Tapia Juarez, posted $10,000 (Dkt. #21). Ms. Juarez-Ambriz's daughter, Blanca Martinez, posted the title to a double-wide mobile home (Dkt. #21).

Since no conditions of the bond remain to be satisfied, it is requested that these items be returned to Ms. Juarez-Ambriz's daugthers.

//

//

//

//

//

Motion to Exonerate Bond; [PROPOSED] ORDER                -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 3, 2016

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MARIA ANTONIA JUAREZ-AMBRIZ

## ORDER

The Court finds that Defendant Maria Antonia Juarez-Ambriz was released pursuant to a $20,000 bond secured by a $10,000 cash deposit and the title to a mobile home. On March 25, 2016, the cash was posted by surety Maria Guadalupe Tapia Juarez and title to the double-wide mobile home was posted by Blanca Martinez.

On May 2, 2016 this Court issued an order granting dismissal of this case.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash to Ms. Maria Guadalupe Tapia Juarez and reconvey title to the mobile home to Ms. Blanca Martinez.

DATED: May 7, 2016

LAWRENCE J. O'NEILL
Chief United States District Judge