HEATHER E. WILLIAMS, Bar#122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorneys for Defendant
MARIA ANTONIA JUAREZ-AMBRIZ

FILED
MAY 12 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00328 LJO-SKO |
|---|---|
| Plaintiff, | [AMENDED] DEFENDANT'S MOTION TO EXONERATE BOND AND TO RETURN SECURITY; [PROPOSED] ORDER |
| vs. | |
| MARIA ANTONIA JUAREZ-AMBRIZ, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

Pursuant to the government's motion the indictment was dismissed by this Court on May 2, 2016. Defendant Maria Antonia Juarez-Ambriz therefore requests that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Pursuant to the Court's order of March 25, 2016 setting conditions of release, Ms. Juarez-Ambriz's daughter, Maria Guadalupe Tapia Juarez, posted $10,000:

| 03/25/2016 | RECEIPT number #CAE100032072 $10,000.00 fbo Maria Antonia Juarez-Ambriz, by Maria G. Tapia-Juarez on 3/25/2016. (Hellings, J) (Entered: 03/25/2016) |
|---|---|

and the title to a double-wide mobile home, (Dkt. #20):

| 03/25/2016 | 20 | COLLATERAL RECEIVED as to Maria Antonia Juarez-Ambriz: Certificate of Title (Mobile Home) from Maria G. Tapia-Juarez, E85002413, VLN KBIDSNAB 513149. (Hellings, J) (Entered: 03/25/2016) |
|---|---|---|

Motion to Exonerate Bond; [PROPOSED] ORDER      -1-

Since no conditions of the bond remain to be satisfied, it is requested that these items be returned to Ms. Juarez-Ambriz's daughter.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2016

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MARIA ANTONIA JUAREZ-AMBRIZ

# ORDER

The Court finds that Defendant Maria Antonia Juarez-Ambriz was released pursuant to a $20,000 bond secured by a $10,000 cash deposit and the title to a mobile home. On March 25, 2016, both items were posted by Maria Guadalupe Tapia Juarez.

On May 2, 2016 this Court issued an order granting dismissal of this case.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash and reconvey the title to the mobile home to Ms. Maria Guadalupe Tapia Juarez.

DATED: May ___12, 2016

LAWRENCE J. O'NEILL
Chief United States District Judge